*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
HOLIFIELD, FLUHR, and GROSS
Appellate Military Judges

―――――――――――――

**UNITED STATES**
*Appellee*

**v.**

**Kobe N. BURGE**
Corporal (E-4), U.S. Marine Corps
*Appellant*

**No. 202400078**

―――――――――――――

Decided: 26 June 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Matthew M. Harris

Sentence adjudged 15 December 2023 by a special court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for three months, forfeiture of $1,000.00 pay per month for six months, and a bad-conduct discharge.

For Appellant:
*Commander Kyle C. Kneese, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

However, we note that the Entry of Judgment (EOJ) does not provide sufficient information regarding the specifications to which Appellant pleaded guilty.[2] We recently defined the minimum requirements for what constitutes a summary of the charges and specifications in an EOJ.[3] Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[4] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.



FOR THE COURT:

MARK K. JAMISON
Clerk of Court

_____

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[2] See Block 11 of the EOJ (referring to the Specification of Charge I (Violation of Article 134, UCMJ) as "violation of federal law" without a sufficient description of the incorporated offense: conduct in violation of 18 U.S.C. § 1343, an offense not capital. Additionally, the summary of charges in Block 11 of the EOJ does not contain the date that either offense was committed).

[3] *United States v. Wadaa*, __ M.J. __, No. 202300273, 2024 CCA LEXIS 148 at *6 (N-M. Ct. Crim. App. Apr. 25, 2024).

[4] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202400078 |
| **v.** | **ENTRY OF JUDGMENT** |
| **Kobe N. BURGE** | |
| **Corporal (E-4)** | |
| **U.S. Marine Corps** | *As Modified on Appeal* |
| *Accused* | |
| | **26 June 2024** |

On 15 December 2023, the Accused was tried at Marine Corps Base Camp Pendleton, California, by a special court-martial, consisting of a military judge sitting alone. Military Judge Matthew M. Harris presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 134, Uniform Code of Military Justice, 10 U.S.C. § 934.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification:** **Between 15 April 2021 and 24 July 2021, participate in a wire fraud scheme to obtain money, in violation of 18 U.S.C. § 1343, an offense not capital.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Charge II:** **Violation of Article 121, Uniform Code of Military Justice, 10 U.S.C. § 921.**

> *Plea:* Guilty.
>
> *Finding:* Guilty.

**Specification:** **Between 15 April 2021 and 24 July 2021, steal non-military property of the United States of a value of more than $1,000.00.**

> *Plea:* Guilty.
>
> *Finding:* Guilty.

## SENTENCE

On 15 December 2023, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

> *For the Specification of Charge I:* confinement for three months.
>
> *For the Specification of Charge II:* confinement for three months.
>
> The terms of confinement will run concurrently.

**Confinement for a total of three months.**

**Forfeiture of $1,000 pay per month for six months.**

**A bad-conduct discharge.**

FOR THE COURT:

MARK K. JAMISON
Clerk of Court